IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS YOUNG, | : | |
| Plaintiff, | : | 1:17-cv-1736 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| C/O EDWARD, *et al.*, | : | |
| Defendants. | : | |

# **ORDER**

**September 26, 2018**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 12) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 12) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is DEEMED unopposed and GRANTED. The complaint is DISMISSED in its entirety.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge